# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5452**    **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On:** April 14, 2026

In re: Donald J. Trump, et al.,

　　　　Petitioners

**BEFORE:**    Rao, Walker, and Childs, Circuit Judges

## O R D E R

　　　　Upon consideration of the petition for a writ of mandamus, which includes a request for reassignment of the criminal contempt proceedings, the response to the petition, and the reply; the emergency motion for a stay pending resolution of the petition, the response thereto, and the notice of district court orders, it is

　　　　**ORDERED** that the petition for a writ of mandamus be granted. In accordance with the opinion of the court filed herein this date, the district court's December 8, 2025 order is vacated, and the district court is directed to terminate its criminal contempt proceedings in this case. It is

　　　　**FURTHER ORDERED** that the administrative stay entered on December 12, 2025, be dissolved in 21 days, when this order becomes effective. See D.C. Cir. Rule 41(a)(3). It is

　　　　**FURTHER ORDERED** that the emergency motion for a stay and the government's request for reassignment of the criminal contempt proceedings be dismissed as moot.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　Deputy Clerk

Opinion for the court filed by Circuit Judge Rao.
Concurring opinion filed by Circuit Judge Walker.
Dissenting opinion filed by Circuit Judge Childs.